ERIC GRANT
United States Attorney
NIRAV K. DESAI
Appellate Chief & Assistant U.S. Attorney
CODY S. CHAPPLE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Appellee
UNITED STATES OF AMERICA

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | C.A. No. 24-3268 |
| Plaintiff-Appellee, | D.C. No. 1:22-cr-00291-JLT-SKO-1 (E.D. Cal., Fresno) |
| v. | |
| JONATHAN LOPEZ, | UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING AND/OR REHEARING EN BANC |
| Defendant-Appellant. | |

Pursuant to Federal Rules of Appellate Procedure 26(d), 27(a)(1), and 40(d)(1), and Circuit Rule 31-2.2(b), the United States of America

("government") hereby moves this Court for an extension of the time within which the government must file its petition for rehearing and/or rehearing en banc in the above-captioned matter. Any petition is currently due on or before August 11, 2026. Fed. R. App. P. 40(d)(1). The government requests a 45-day extension of time, up to and including September 25, 2026, to file any petition.

This motion is based on the attached declaration of Assistant U.S. Attorney Nirav Desai. Insofar as Circuit Rule 31-2.2(b)'s requirement to seek an extension of time at least seven days before the time prescribed for a brief applies here, the government respectfully requests leave to file this unopposed motion six days prior to the current deadline for a petition.

Lopez does not oppose this request.

Dated: August 5, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

/s/ Nirav K. Desai

NIRAV K. DESAI
Appellate Chief & Assistant
United States Attorney

## Declaration

I, Nirav K. Desai, declare as follows:

1. I am an Assistant United States Attorney for the Eastern District of California, serve as the office's Appellate Chief, and am familiar with the facts described below.

2. On July 28, 2026, a three-judge panel of this Court issued a published opinion holding that convictions under California Penal Code § 273.5(a) no longer qualify as "crimes of violence" for the purpose of section 2K2.1(a)(1) of the Sentencing Guidelines. *United States v. Lopez*, No. 24-3268, 2026 WL 2165840 (9th Cir. July 28, 2026).

3. The government has not previously sought any extension of its deadline for filing a petition for rehearing and/or rehearing en banc, which is currently due within 14 days of the decision, i.e., by August 11, 2026. *See* Fed. R. App. P. 40(d)(1).

4. Although the government's counsel have exercised diligence with respect to this appeal and will continue to do so, we do not anticipate being able to complete any petition within the 14 days provided as the default time limit under the rules, and we anticipate needing an additional 45 days.

5. Before any petition can be filed, the government must first make a determination whether to file a petition at all—and, if so, whether to file a petition for panel rehearing only or for rehearing en banc, and what issue or issues should be presented in such a petition. This process requires extensive consultation within the United States Attorney's Office, as well as with the Criminal Division of the Department of Justice in Washington, D.C., and with the Office of the Solicitor General. Ultimately, the Solicitor General, himself, must make the final determination whether to seek rehearing en banc. *See* 28 C.F.R. § 0.20(b); Justice Manual § 2-2.122. This process takes time.

5. On August 5, 2026, I contacted Lopez's counsel, First Assistant Federal Defender Peggy Sasso, and informed her of this extension request. She does not oppose this request.

6. The court reporter is not in default with regard to any designated transcript.

/ / /

/ / /

/ / /

/ / /

7. Lopez is in federal custody, serving the sentence imposed in this case. His projected release date is February 29, 2028.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of August, 2026.

/s/ Nirav K. Desai
NIRAV K. DESAI